UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CESAR VILCHES MORA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 125, Inclusive,<br><br>Defendants. | CASE NO. 07CV0719 BEN (WMC)<br><br>**ORDER DENYING MOTION TO TRANSFER VENUE [D.E. 8]** |

Plaintiffs filed a wage and hour class action by hourly employees against Target Corporation ("Target") based on its company policies and practices. Presently before the Court is Plaintiffs' Motion to Transfer Venue ("Motion") pursuant to 28 U.S.C. §1404(a). Defendants oppose the Motion. For the reasons that follow, Plaintiffs' Motion is **DENIED**.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §1404(a)." However, the moving party bears the burden of showing that a transfer will serve the "convenience of parties and witnesses and interests of justice." *Commodity Futures Trading Comm'n v. Savage*, 611 F.2d 270, 279 (9th Cir. 1979). That burden has not

been met here. Plaintiff Renee Cesar Vilches Mora, as representative of the purported class is a San Diego resident. Plaintiff Mora seeks to transfer this action from San Diego, his place of employment with Target, where the witnesses and documents pertinent to his claims are located, and where he specifically chose to sue Target, to the Northern District of California, a venue more than 500 miles away that has no connection to plaintiff or his claims.

Plaintiff Mora argues on behalf of the purported class that transfer is warranted because "there are two actions against Target pending in the Northern District of California on behalf of the identical putative class of hourly California employees suing here." Pl. Mot. To Transfer at 5. Plaintiff Mora further argues that one of the cases[1] "alleges the identical uniform expense violation asserted in this case." *Id*. This factor is no longer persuasive in light of the recent dismissal in that case on August 24, 2007. The remaining case[2] relied on by Plaintiff Mora involves issues unrelated to the claims in this case.

The Court finds that the Northern District of California would not be a more convenient forum for the parties and the witnesses and would not serve the interest of justice.

For the reasons stated above, Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 14, 2007

Hon. Roger T. Benitez
United States District Judge

---

[1] *See Burger v. Target Corp*., Case No. 07CV1052 MMC (ND.Cal.).

[2] *See Wong v. Target Corp*., Case No. 06CV05398 WDB (ND Cal.).

CASE NO. 07CV0719 BEN (WMC)
-2-