FILED

2008 APR 22 AM II: II

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CESAR VILCHES MORA; OKECHUKWU MBAMA; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 125, Inclusive,<br><br>Defendants. | **CASE NO. 07CV0719 BEN (WMC)**<br>**CASE NO. 08CV0513 BEN (WMC)**<br><br>**ORDER GRANTING JOINT MOTIONS TO CONSOLIDATE** |

### ORDER

On the joint motions of Plaintiff Renee Cesar Vilches Mora, Plaintiff Okechukwu Mbama, and Defendant Target Corporation to consolidate for all purposes *Mora v. Target Corp.*, Case No. 07-CV-0719 BEN (WMC) with *Mbama, v. Target Corp.*, Case No. 08-CV-0513-BEN (WMC), for reasons of judicial economy, to avoid the dangers of inconsistent adjudication, and good cause appearing therefor,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 42(a), that Case No. 07-CV-0719 BEN (WMC) and Case No. 08-CV-0513 BEN (WMC) are consolidated for all purposes, including trial. All further proceedings in the consolidated action shall be docketed under Case No. 07-CV-0719 BEN (WMC).  Plaintiffs have thirty days from the day of this Order to file an Amended Consolidated Complaint.

**IT IS SO ORDERED.**

DATED: 4/21/08

Hon. Roger T. Benitez

United States District Judge